## IN THE COMMONWEALTH COURT OF PENNSYLVANIA

Eddy Jeantel, :
                Petitioner :
                 :
        v. : No. 76 C.D. 2022
                 :
Success America (Workers' :
Compensation Appeal Board), :
              Respondent

**PER CURIAM**                 **O R D E R**

NOW, November 20, 2023, upon consideration of Petitioner's application for reargument, the application is DENIED.